**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:17-bk-07779-CCJ

In Re:

Peppy Family Restaurant Group "LLC",

    Debtor(s).
_____/

**NOTICE OF APPEARANCE**

**TARA C. EARLY** hereby files her Notice of Appearance as attorney for **PARK EDGEWATER HOLDINGS, LLC**, a creditor herein, and requests that copies of all notices, pleadings, and other papers filed in this case are furnished to her at the address shown below. PLEASE ADJUST THE CLAIMS REGISTER ACCORDINGLY.

**I HEREBY CERTIFY** that a copy of the foregoing has been served either by electronic transmission or by United States First Class Mail postage prepaid to the following: L. Todd Budgen, Esquire, P.O. Box 520546, Longwood, FL 32752-0546 and Emerson C Noble, Trustee, P.O. Box 622798, Oviedo, FL 32762-2798, 10th day of January, 2018.

                                                       */s/ Tara C. Early*
                                                     TARA C. EARLY, ESQUIRE
                                                     Florida Bar #0173355
                                                     Stanton & Gasdick, P.A.
                                                     1601 W. Colonial Dr.
                                                     Orlando, FL  32804
                                                     Ph:  407-423-5203/Fax 407-425-4105
                                                     Attorney for McCoy Federal Credit Union